# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

May 8, 2013

United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW 3rd Floor
Washington, DC  20037

RE: **Felix Robert Lasaracina 3:11cr128 CFD**

Dear Sir or Madam:

> The U.S. Passport referenced above was surrendered by the above-named defendant as a condition of pretrial release.  The above case has been disposed of, and the order of the court is no longer in effect.

☐ Defendant not convicted - Passport returned to defendant.

☐ Defendant not convicted - Passport enclosed for further investigation due to evidence that the passport may have been issued in a false name.

☒ Defendant convicted - Passport and copy of Judgment enclosed.

Please acknowledge receipt of this passport below and return in the enclosed self-addressed envelope.

ROBIN D. TABORA, CLERK

By: /s/ _____
Angela Blue
Deputy Clerk

Passport received on: _____

Received by: _____